UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| STEPHRIC N. GARRETT | * | CIVIL ACTION |
| VERSUS | * | NO. 20-1043 |
| SHERIFF RANDY SMITH | * | SECTION "T"(2) |

## ORDER

The Court, after considering the complaint, the record, the applicable law, the Magistrate Judge's Report and Recommendation, and finding that as of this date plaintiff has filed no objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion. Accordingly,

**IT IS ORDERED** that the 42 U.S.C. § 1983 claims filed by plaintiff Stephric N. Garrett is **DISMISSED WITH PREJUDICE** as legally frivolous and otherwise for failure to state a claim for which relief can be granted pursuant 28 U.S.C. §§ 1915(e)(2), 1915A(a)-(b) and 42 U.S.C. § 1997e(c)(1).

New Orleans, Louisiana, this __31st__ day of _____March_____, 2021.

_____
GREG GERARD GUIDRY
UNITED STATES DISTRICT JUDGE